UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    EDCV 08-493-VAP (JCRx)                                      Date:  October 1, 2008

Title:    RIGOBERTO A. SOLANO -v- PREMIER STAFFING SERVICES INC., a Florida corporation; TOM ZYGMUNTOWSKI, an individual; and DOES 1 to 10, Inclusive

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                           None Present
Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                           NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than October 22, 2008, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   ● Proof of service of summons and complaint.

   ● Answer by the defendant(s) or plaintiff's request for entry of default.

   ● Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

:MINUTES FORM 90                                        Initials of Deputy Clerk md /cls
CIVIL -- GEN